## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

C.D.A.

                Plaintiff,

v.

                                      Case No.: 1:18–cv–04291

                                      Honorable Edmond E. Chang

Jefferson B. Sessions III, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 2, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: The government's motion for leave to file excess pages [23] is granted. The response may consume as many pages as needed (based on the current estimate of around 20 pages). Plaintiff's reply may use the same number of pages as the response. Emailed notice(eec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.