# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

C.D.A.

                         Plaintiff,

v.                                      Case No.: 1:18−cv−04291
                                               Honorable Edmond E. Chang

Jefferson B. Sessions III, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 25, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Plaintiff's out−of−state attorneys appeared by telephone; local counsel and counsel for Defendants appeared in court. Plaintiff's agreed motion [49] to dismiss Defendant Heartland Human Care Services, Inc. is granted. Plaintiff's claims against Heartland are dismissed with prejudice. The Clerk's Office shall terminate Defendant Heartland as a named defendant. Defendants' response (in one filing for both 18 C 4265 and 18 C 4291) to Plaintiff's motion [47] to transfer due 08/03/2018. Plaintiff's reply due 08/08/2018. Ultimately, the parties ought to consider that if there are non−moot claims (as there almost surely are), then a transfer to another District is not supposed to have a substantive effect, so Rule 12 motions (whether based on subject matter jurisdiction or the merits) should not enter into the transfer calculus. Status hearing set for 08/13/2018 at 8:30 a.m. The government acknowledged that the aspect of the preliminary injunction barring deportation of Plaintiff without his father remains in full force and effect.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.