**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

C.D.A.

                                    Plaintiff,

v.                                                      Case No.: 1:18−cv−04291
                                                        Honorable Edmond E. Chang

Jefferson B. Sessions III, et al.

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 9, 2018:

        MINUTE entry before the Honorable Edmond E. Chang:Pursuant to the prior docket entry, Plaintiffs' counsel has reported that W.S.R. too withdraws the transfer motion. Each Plaintiff's transfer motion [47] is terminated as withdrawn. In light of the withdrawal of the motion, the Court directs the parties to confer on the next step of the litigation. Specifically, it might make sense for Plaintiffs to file an amended complaint that specifies the theories on which the requested declaratory judgment and fee−shifting is sought; the government would presumably move to dismiss it; and a briefing schedule would be set on the dismissal motion. That would put both sides on the same page before launching into briefing. Also, presumably Plaintiffs could file the amended complaint as a consolidated amended complaint for both Plaintiffs, and then 18−cv−4291 could be administratively terminated so that the parties (and the Court) need upload filings onto only one docket (all the past filings in 18−cv−4291 would be deemed operative in 18−cv−4265). The status hearing time of 8:30 a.m. is reset to 11:30 a.m., on the same date, 08/13/2018. Any counsel may appear via phone by notifying the courtroom deputy by 2 p.m. on the prior business day. If the parties need more time to confer, then they may contact the courtroom deputy to request a continuance of the status hearing. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.